AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

NEPA WHOLESALE, INC., a Florida Corporation

*Plaintiff(s)*

v.   Civil Action No. 1:23-cv-24247-JAL

SAFA GOODS, LLC, a Florida Limited Liability Company

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAFA GOODS, LLC
c/o Registered Agent: Haitham Shriteh
1212 Market Circle
Port Charlotte, FL 33953

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brett Feinstein, Esq.
Feinstein & Mendez, P.A.
2600 S. Douglas Road, Suite 506
Coral Gables, Florida 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  11/07/2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts